UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BARBARA ANNE WILLIS | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-1880 |
| | ) | Judge Campbell/Knowles |
| WAL-MART STORES EAST, LP | ) | |

## O R D E R

The Initial Case Management Conference previously set for November 24, 2014, at 11:00 a.m. is hereby rescheduled for **January 14, 2015, at 11:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge